

**FILED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

SEP 20 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| | ) | Case No. **2:17-SW-837** AC |
| Facebook ID :<br>https://www.facebook.com/timothyholt50<br>or 1809006467, | )<br>)<br>) | |
| | ) | |

## APPLICATION FOR A SEARCH WARRANT

I, Daniel P. Golla a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

located in the _____ Eastern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. § 2422(b) | Enticement of a Minor |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

☐ Continued on the attached sheet.

☐ Delayed notice _____ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Daniel P. Golla, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____9/20/17_____

_____
*Judge's signature*

City and state: Sacramento, California

Allison Claire, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF

## AN APPLICATION FOR A SEARCH WARRANT

I, Daniel P. Golla, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in **Attachment A**, incorporated herein by reference. The items to be seized are described in the following paragraphs and in **Attachment B**, incorporated herein by reference. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID identified in **Attachment A**.

2.     I am a Deputized Federal Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), and have been so employed since March 25, 2010. I am a Special Agent for the California Department of Corrections and Rehabilitation, and have been so employed since February 23, 2007. I have participated in or investigated various criminal violations relating to child exploitation, including enticement of a minor, including violations pertaining to the illegal production, distribution, receipt and possession of visual depictions of minors engaged in sexually explicit conduct and child pornography (as those terms are defined in 18 U.S.C. § 2256) in violation of 18 U.S.C. §§ 2251, 2252(a) and 2252A. During the investigation of these cases, I

have executed and participated in the execution of search and arrest warrants, and seized evidence of violations of federal law.

3.     The facts set forth in this affidavit are based on my personal knowledge, knowledge obtained during my participation in this investigation from other individuals, including other law enforcement officers, as well as my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for the search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

4.     Based on my training and experience, and the facts as set forth in this affidavit, I respectfully submit there is probable cause to believe that violations of 18 U.S.C. § 2422(b), Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title. California Penal Code, section 288.4 reads as follows:

(a) (1) Every person who, motivated by an unnatural or abnormal sexual interest in children, arranges a meeting with a minor or a person he or she believes to be a minor for the purpose of exposing his or her genitals or pubic or rectal area, having the child expose his or her genitals or pubic or rectal area, or engaging in lewd or lascivious behavior, shall be punished by a fine not exceeding five thousand dollars ($5,000), by imprisonment in a county jail not exceeding one year, or by both the fine and imprisonment.

(b) Every person described in paragraph (1) of subdivision (a) who goes to the arranged meeting place at or about the arranged time, shall be punished by imprisonment in the state prison for two, three, or four years.

On June 28, 2017, Timothy L. Holt (hereinafter "SUBJECT") was charged by federal criminal complaint with violating 18 U.S.C. section 2422(b) and released from custody on pretrial conditions. SUBJECT is associated with the Facebook User ID: https://www.facebook.com/timothyholt50 or 1809006467. I also respectfully submit there is probable cause to search Facebook ID: https://www.facebook.com/timothyholt50 or 1809006467 as described in **Attachment A** for evidence, fruits and instrumentalities of these crimes, and to seize the items as described in **Attachment B**.

## BACKGROUND CONCERNING FACEBOOK

5.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.[1]   Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public. Each Facebook user account has a unique Facebook user identification number (UID) established by Facebook after the user registers certain basic information.

6.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.[2]   This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook

---

[1] The background information contained herein was derived from Facebook's Law Enforcement Guide and/or other parts of Facebook's public website, and was reviewed for accuracy by an FBI Special Agent with extensive experience and advanced training in the investigation of computer crimes and other cyber matters.

[2] Users may choose to provide inaccurate identifying information when they register to obtain a Facebook account.

security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

7.      Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view additional information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays, among other things.

8.      Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

9.      Facebook users can create profiles that include photographs, lists of personal interests, and other information.  Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet.  Facebook users can also post information about upcoming

"events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

10. Facebook allows users to upload photos and videos. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

11. Facebook users can exchange private messages on Facebook with other users. Facebook Messenger is an instant messaging service. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

12.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

13.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page. Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger. The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

14.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. Facebook and its third-

party application partners may use cookies, pixels, and similar technologies like local storage, for security, advertising, analytics, performance and functionality, or other purposes. When a Facebook user accesses or uses one of these applications, an update about the user's access or use of that application may appear on the user's profile page. Similarly, Facebook may maintain a record of all cookies and related data set and read by Facebook or third-party applications.

15.     Some Facebook pages are affiliated with groups of users, rather than one individual user. Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group. Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

16.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

17.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP

address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

18.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.[3] The FBI submitted a preservation request to Facebook for the Facebook ID : https://www.facebook.com/timothyholt50 or 1809006467 as described in Attachment A, on or about June 27, 2017. Facebook Law Enforcement support assigned the case number 1161754. Pursuant to that request, Facebook was required under 18 U.S.C. § 2303(f)(1) to take all necessary steps to preserve records and other evidence in its possession pending the issuance of a court order or other process, for a period of 90 days. Therefore, the electronic data storage of Facebook is likely to contain all of the material described above for the Facebook ID : https://www.facebook.com/timothyholt50 or 1809006467, including stored electronic communications and information concerning subscribers and their use

---

[3] According to Facebook's publicly available Data Use Policy, Facebook stores data for as long as it is necessary to provide products and services to its users; typically information associated with a user's account will be kept until deleted by the user.

of Facebook, such as account access information, transaction information, and other account

information.

## JURISDICTION

19.     This Court has jurisdiction to issue the requested warrant because it is "a court of

competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) &

(c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has

jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

20.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not

required for the service or execution of this warrant.

## PROBABLE CAUSE

21.     On May 1, 2017, CDCR received an email advising that Mark Jones (Victim's

Father) had discovered that SUBJECT had been contacting his sixteen year old daughter via

Snapchat.  Snapchat is an image messaging and multimedia application based on the concept that

the picture or message is only available for a short time before the picture or message becomes

inaccessible.

22.     On May 2, 2017, CDCR Special Agents Steve Leese and William Meguire met

with the sixteen year-old female (Victim) and learned the following:

Victim indicated that SUBJECT added her on Snapchat in January 2017.  Initially, the

SUBJECT contacted the Victim to say hello, but later started inviting her over to his house to

hang out.  Victim recalled telling SUBJECT "around February 2017" that she was 16 and a

sophomore in high school.  Victim indicated that SUBJECT had asked her several times to have

sex with him. SUBJECT said let's "hang out" and that "he is not small." SUJECT indicated that "he could please her better" and "how many guys could pin me up against the wall."

23.     SUBJECT also added Victim as a friend on Facebook in 2017.  Between February and early May 2017, it appears that SUBJECT and Victim exchanged Snapchats messages, but these chats have not been technologically recovered or preserved because Snapchat deletes its content within a prescribed time frame.

24.     On June 24, 2017, SUBJECT contacted Victim on Snapchat and the excerpts of that conversation are as follows (digitally captured by one of her parents):

> SUBJECT:     You busy tonight?
>
> SUBJECT:     Well hopefully you can find some time for me id love to see you
>
> SUBJECT:     When is the time for that then?
>
> Victim:     I'm so confused rn. Time for what?
>
> SUBJECT:     For night activities ha
>
> Victim:     Lol there's a lot of night activities
>
> SUBJECT:     Mmm there's something more fun then sleeping lol
>
> Victim:     Mm not really
>
> SUBJECT:     Lol of a pleasurable sexual nature
>
> SUBJECT:     Lol then we will have to keep us a secret when we hangout

25. Victim's parents provided pictures of previous Snapchat conversations and consented to allow the FBI to assume Victim's online identity, and beginning on May 5, 2017, through June 26, 2017, an FBI UCE (Undercover Employee) began texting the SUBJECT via Facebook messenger. However, due to investigative matters, the UCE and SUBJECT did not communicate from May 11, 2017 to June 25, 2017, thus, there are no Facebook messages between the UCE and SUBJECT during this time frame.

26. It appears from the SUBJECT's public Facebook posts that he created a Snapchat account in April 2013 or 2016. The person who posted stated: "Gave in and created a snapchat hit me up if you wanna be friends on there. 916-947-6200."

27. Excerpts of the FACEBOOK chats between SUBJECT and the UCE follow:

MAY 9, 2017

SUBJECT:     Lol damn I didn't realize you were in only the tenth grade

UCE:          ok. Ya. 10th grade sucks. Cant wait for summer

SUBJECT:     You said 16 right? Lol I was 16 as a junior


JUNE 26, 2017,

SUBJECT:     Tonight or tomorrow? Something that won't get me into any trouble

UCE:          prob tomorrow. And what do u mean trouble? I'm the one who get in
trouble

SUBJECT:     The fact I'm much older then you could get me into trouble lovely lol

UCE:          youre not that old. Its not like ur 60

SUBJECT:     Psh I am 60 I just have the body of an 25 year old…oh good it'll be our secret huh?

SUBJECT:     I'm down to have a good night that's my mood Little Horny

UCE:          only a little? Lol tell me what a good night is to you?

SUBJECT:     Maybe more then a little, mmm a couple of drinks cuddled up with a cute girl watching something on the couch…then picking her up and taking her into the bedroom and undressing her and dominating her what a good night for you

UCE:          wow I like the drinks cuz I cant buy any. But what do u mean dominating? Sounds kinda scary and I'm a cute girl am i?

SUBJECT:     Have my way with her…up against the wall, legs behind her hear stuff like that…idk you might be just that

UCE:          tomorrow I'm alone. I can do what I want. Tonight there will be questions and hard to get make it better. Lol I have parents to deal with, u don't

SUBJECT:     Yeah we would'nt want questions…hard to get definitely makes the sex better, yeah cause I'm a grown man my parents have been gone lol

UCE:          Exactly. So were in the bedroom…

SUBJECT:    I set you down on the bed keep kissing you then kiss down your neck and nibble on it and slowly rub my hand over your clit feeling your wetness

UCE:    mmmm yes you do then what?

SUBJECT:    Just gonna make me do all the work what would you be doing while I do that?

UCE:    digging in my fingernails and waiting to be dominated

SUBJECT:    not gonna be touching me back to feel how big I am?

UCE:    id be sliding my hand inside ur pants and grabbing all of u is that what u want me to do?

SUBJECT:    Mmhm I'd love that, as I unbutton your pants and pull them off…take of you top an bra and caress your nipples with my tongue

UCE:    oh yes

SUBJECT:    Mm is someone taking care of their mood right now?

UCE:    waiting for you to do that tomorrow but its tempting…where do u want to meet?

UCE:    I gotta get dropped off so maybe u could pick me up somewhere hand on my mom is calling me brb

SUBJECT:    Mmm you should take care of it tonight and I will tomorrow… What time could you get dropped off?

UCE:          sry I'm back. Lol that was awkward my moms like whys ur face all red? I told her I was exercising for dance lol

UCE:          idk like 10 or 11 probly

SUBJECT:     Lol what are you actually doing? Just getting worked up by me? Maybe like Walmart?

UCE:          ya lol ya

SUBJECT:     I could get you more worked up can you use your snap?

UCE:          no. I gotta stay off it for a little. I'm worried my mom find out

SUBJECT:     Find out about me?

UCE:          ya she doesn't think I use FB anymore

SUBJECT:     That'd be bad lol, I woulda shown you what you could be working with tomorrow…. Do you delete the messages after we talk?

UCE:          ya I'm not dumb lol

SUBJECT:     Good I would hope you aren't do you like to ride?

UCE:          ride what? Lol

SUBJECT:     Cock If I have you on top do you know how to ride?

UCE:          I can figure it out I'm sure lol damn I have to go. my mom again. Lets say 11am at Walmart. If I can meet earlier I'll get on FB again is that ok?

UCE:        .    man, my face is red! I just looked at a mirror! Lol

SUBJECT:    That works baby girl lol try to calm down before you go out to her ha

UCE:        k lol bye see u tomorrow!

SUBJECT:    See you

28.      In the morning of June 27, 2017, the UCE and SUBJECT exchanged sexually explicit messages via Facebook messenger.  At approximately 9:39 a.m. on June 27, 2017, agents established surveillance at 1260 Paul Bunyan Rd., Susanville, CA. In the driveway of the residence was a silver Jeep license plate 7KRD464 registered to SUBJECT Timothy Holt, California Department of Corrections.

29.      At approximately 10:40 a.m., an adult male in a light blue T-shirt later identified as SUBJECT exited the residence of 1260 Paul Bunyan Rd.  Agents watched as SUBJECT entered the silver Jeep.

30.      Minutes later, agents followed SUBJECT to the downtown area of Susanville California.  During the surveillance in the downtown area of Susanville, agents lost sight of SUBJECT as he drove over a hill.  (Agents did not want to be spotted so the agents went directly to Walmart.)  Meanwhile, the UCE, using Facebook messenger, was texting SUBJECT while he was en route.  SUBJECT was responding while en route because the messages were in real-time and occurred after he left his house in his Jeep at approximately 10:40 a.m.  In fact, one of the messages from SUBJECT to the UCE was "in like five minutes" in response to the UCE's text message: "hey. i'm in Walmart. my ride came in with me to shop. but she left now. let me know when youre out front."  Approximately six minutes later, the UCE sent another message asking

SUBJECT where he was and he responded immediately, "Driving in." (SUBJECT lives approximately three miles from Walmart and he arrived just after 11:00 a.m. at the Walmart.)

31.     At approximately 11:04. agents observed SUBJECT driving the silver Jeep into the parking lot of the Walmart lot at 2900 Main St., Susanville, CA. Agents followed SUBJECT westbound through the parking lot toward the main entrance of Walmart, approximately 50 yards from the main entrance of Walmart. Agents activated their emergency lights. SUBJECT yielded and parked in a parking spot. Holt was ordered out of the vehicle and handcuffed by agents.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

32.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of **Attachment B**. Upon receipt of the information described in Section I of **Attachment B**, government-authorized persons will review that information to locate the items described in Section II of **Attachment B**.

## CONCLUSION

33.    Based on the foregoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on Facebook who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

Daniel P. Golla
Special Agent/TFO
Federal Bureau of Investigation

Subscribed and sworn to before me on: ___9/20/17_____

_____
Hon. Allison Claire
United States Magistrate Judge

_____ 9/19/17
Approved as to form by AUSA Jill M. Thomas

**ATTACHMENT A**

**<u>Property to Be Searched</u>**

This warrant applies to information associated with the Facebook account linked to

Facebook ID : https://www.facebook.com/timothyholt50 or 1809006467 that is stored at

premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered

in Menlo Park, California.

## ATTACHMENT B

## <u>Particular Things to be Seized</u>

**I.     Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers; and any group identification number, a list of users currently registered to the group, and Group Contact Info, including all contact information for the creator and/or administrator of the group and a PDF of the current status of the group profile page.

(b)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)     All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the

friends' Facebook user identification numbers; groups and networks of which the user is
a member, including the groups' Facebook group identification numbers; future and past
event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information
about the user's access and use of Facebook applications;

(e)     All other records of communications and messages made or received by the user,
including all private messages, chat history, video calling history, and pending "Friend"
requests, specifically but not limited to, all communications/chats/instant messaging from
the Facebook Messenger application;

(f)     All "check ins" and other location information;

(g)     All IP logs, including all records of the IP addresses that logged into the account;

(h)     All records of the account's usage of the "Like" feature, including all Facebook
posts and all non-Facebook webpages and content that the user has "liked";

(i)     All information about the Facebook pages that the account is or was a "fan" of;

(j)     All past and present lists of friends created by the account;

(k)     All records of Facebook searches performed by the account;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)     The types of service utilized by the user;

(n)     The length of service (including start date) and the means and source of any
payments associated with the service (including any credit card or bank account number);

(o)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of a violation of Title 18, United States Code, Section 2422(b), Enticement of a Minor involving SUBJECT Timothy L. Holt since January 1, 2015, including, for the user ID identified on Attachment A, information pertaining to the following matters:

(a)     Any items, information, records or images related to or used to further enticement of a minor;

(b)     Any items, information, or records which contain information pertaining to any individual's interest in the enticement of a minor;

(c)     Information, electronic records, images or correspondence pertaining to enticement of a minor and/or images depicting minors engaged in sexually explicit conduct (child pornography);

(d)     Any information related to Victim or related to acts of enticement of a minor;

(e)     Any contact information that is related to enticement of a minor;

(f)     Any videos or images depicting victims of enticement or child pornography;

(g)     Any videos or images of minors engaged in sexually explicit conduct;   .

(h)     Evidence identifying the source of related images;

(i)     Evidence regarding any attempt to delete information records, correspondence or images related to enticement of a minor, or minors engaged in sexually explicit conduct (child pornography);

(j)     Evidence of any attempt to instruct or direct others to hide or destroy evidence of enticement of a minor, or images of minors engaged in sexually explicit conduct (child pornography);

(k)     Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(l)     Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(m)    The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(n)     The identity of the person(s) who communicated with the user ID about matters relating to enticement of a minor, or images of minors engaged in sexually explicit conduct (child pornography), and/or deleting or destroying evidence of the foregoing, including records that help reveal their whereabouts.

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| | ) | |
| Facebook ID : | ) | Case No. **2:17 - SW · 8 3 7   AC** |
| https://www.facebook.com/timothyholt50 | ) | |
| or 1809006467, | ) | |
| | ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before _Oct 4, 2017_ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:      _9/20/17_                    _as——Cha_
                                                                        *Judge's signature*

City and state:      Sacramento, California                    Allison Claire, U.S. Magistrate Judge
                                                                        *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          _____
Signature of Judge                                                Date

## ATTACHMENT A

### <u>Property to Be Searched</u>

This warrant applies to information associated with the Facebook account linked to

Facebook ID : https://www.facebook.com/timothyholt50 or 1809006467 that is stored at

premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered

in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)      All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers; and any group identification number, a list of users currently registered to the group, and Group Contact Info, including all contact information for the creator and/or administrator of the group and a PDF of the current status of the group profile page.

(b)      All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)      All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)      All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the

friends' Facebook user identification numbers; groups and networks of which the user is

a member, including the groups' Facebook group identification numbers; future and past

event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information

about the user's access and use of Facebook applications;

(e)     All other records of communications and messages made or received by the user,

including all private messages, chat history, video calling history, and pending "Friend"

requests, specifically but not limited to, all communications/chats/instant messaging from

the Facebook Messenger application;

(f)     All "check ins" and other location information;

(g)     All IP logs, including all records of the IP addresses that logged into the account;

(h)     All records of the account's usage of the "Like" feature, including all Facebook

posts and all non-Facebook webpages and content that the user has "liked";

(i)     All information about the Facebook pages that the account is or was a "fan" of;

(j)     All past and present lists of friends created by the account;

(k)     All records of Facebook searches performed by the account;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)     The types of service utilized by the user;

(n)     The length of service (including start date) and the means and source of any

payments associated with the service (including any credit card or bank account number);

(o)     All privacy settings and other account settings, including privacy settings for

individual Facebook posts and activities, and all records showing which Facebook users

have been blocked by the account;

(p)     All records pertaining to communications between Facebook and any person

regarding the user or the user's Facebook account, including contacts with support

services and records of actions taken.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and

instrumentalities of a violation of Title 18, United States Code, Section 2422(b), Enticement of a

Minor involving SUBJECT Timothy L. Holt since January 1, 2015, including, for the user ID

identified on Attachment A, information pertaining to the following matters:

(a)     Any items, information, records or images related to or used to further enticement

of a minor;

(b)     Any items, information, or records which contain information pertaining to any

individual's interest in the enticement of a minor;

(c)     Information, electronic records, images or correspondence pertaining to

enticement of a minor and/or images depicting minors engaged in sexually explicit

conduct (child pornography);

(d)     Any information related to Victim or related to acts of enticement of a minor;

(e)     Any contact information that is related to enticement of a minor;

(f)      Any videos or images depicting victims of enticement or child pornography;

(g)      Any videos or images of minors engaged in sexually explicit conduct;

(h)      Evidence identifying the source of related images;

(i)      Evidence regarding any attempt to delete information records, correspondence or images related to enticement of a minor, or minors engaged in sexually explicit conduct (child pornography);

(j)      Evidence of any attempt to instruct or direct others to hide or destroy evidence of enticement of a minor, or images of minors engaged in sexually explicit conduct (child pornography);

(k)      Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(l)      Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(m)      The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(n)      The identity of the person(s) who communicated with the user ID about matters relating to enticement of a minor, or images of minors engaged in sexually explicit conduct (child pornography), and/or deleting or destroying evidence of the foregoing, including records that help reveal their whereabouts.